

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Steven Dale Hawkins,

\* From the 106th District Court
of Gaines County
Trial Court No. 03-3319.

Vs. No. 11-15-00106-CR

\* May 25, 2017

The State of Texas,

\* Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.